1  TRINETTE G. KENT (State Bar No. 025180)
2  KENT LAW OFFICES
   10645 North Tatum Blvd., Suite 200-192
3  Phoenix, AZ 85028
4  Telephone: (480) 247-9644
   Facsimile: (480) 717-4781
5  E-mail: tkent@kentlawpc.com

6
7  Of Counsel to:
   Nitzkin & Associates
8  22142 West Nine Mile Road
   Southfield, MI 48033
9  Telephone: (248) 353-2882
10 Facsimile: (248) 353-4840

11
   *Attorneys for Plaintiff,*
12 *Jon Cadenhead*

13
                IN THE UNITED STATES DISTRICT COURT
14
                    FOR THE DISTRICT OF ARIZONA
15

| 16 | Jon Cadenhead, | Case No.: CV-15-01990-PHX-DMF |
|----|----------------|-------------------------------|
| 17 |     Plaintiff, | |
| 18 | | |
| 19 |     vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT ALLY FINANCIAL, INC., ONLY** |
| 20 | Experian Information Solutions, Inc. an Ohio corporation, Trans Union, LLC, a Delaware limited liability company; Equifax Information Services, LLC, a Georgia corporation; Arizona Public Service, an Arizona corporation; Bank of America, National Association, a North Carolina corporation; Capital One Bank, USA, NA, a National Association; and Ally Financial, Inc., a Delaware corporation, | |
| | Defendants. | |

1

1
2  NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Ally Financial,
3
4  Inc., in the above-captioned case have reached a settlement.  The parties anticipate
5  filing a Stipulation of Dismissal with Prejudice as to Defendant Ally Financial, Inc.,
6  ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.
7  RESPECTFULLY SUBMITTED this 18th day of January 2016.
8
9
10
11
12                              KENT LAW OFFICES
13
14
15                              By: __/s/  Trinette G. Kent__
                                Trinette G. Kent
16                              Attorney for Plaintiff,
                                Jon Cadenhead
17
18
19
20
21
22
23
24
25
26
27
28