TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Jon Cadenhead*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jon Cadenhead,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Experian Information Solutions, Inc. an Ohio corporation, Trans Union, LLC, a Delaware limited liability company; Equifax Information Services, LLC, a Georgia corporation; Arizona Public Service, an Arizona corporation; Bank of America, National Association, a North Carolina corporation; Capital One Bank, USA, NA, a National Association; and Ally Financial, Inc., a Delaware corporation,<br>　　　　Defendants. | Case No.: CV-15-01990-PHX-JJT<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT CAPITAL ONE BANK, USA, NA, <u>ONLY</u>** |

1

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Capital One Bank, USA, NA, in the above-captioned case have reached a settlement.  The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Capital One Bank, USA, NA, ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 8th day of August 2016.

                      KENT LAW OFFICES


                      By:  */s/  Trinette G. Kent*
                          Trinette G. Kent
                          Attorney for Plaintiff,
                          Jon Cadenhead