NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jon Cadenhead,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, *et al.*,<br><br>　　　　　　　Defendants. | No. CV-15-01990-PHX-JJT<br><br>**ORDER** |

　　　　Pursuant to the Parties' Stipulation for Dismissal of Arizona Public Service Company With Prejudice (Doc. 112) and good cause appearing,

　　　　IT IS HEREBY ORDERED dismissing all claims in this action against Defendant Arizona Public Service Company with prejudice. Each party shall bear its own attorney's fees, disbursements, and costs of suit. Arizona Public Service Company being the last remaining defendant in this matter, and claims against all other having been dismissed with prejudice, the Clerk of the Court shall close the matter.

　　　　Dated this 26th day of September, 2016.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　　　United States District Judge